**Terry Gene FREEMAN, Petitioner–Appellant**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

**No. 07–10975**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 14, 2009.

Terry Gene Freeman, Texas Department of Criminal Justice Institutional Division, Tennessee Colony, TX, pro se.

Tommy Lee Skaggs, Office of the Attorney General Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Terry Gene Freeman appeals the district court's judgment dismissing without prejudice his application for a writ of habeas corpus challenging his 2003 conviction of aggravated sexual assault. The district court determined that Freeman had not exhausted his state remedies as to all of the claims raised in his habeas application. The respondent concedes that the district court erred in dismissing the entire habeas application without giving Freeman an opportunity to amend his habeas application to dismiss his unexhausted claims, an issue on which we have granted a COA.[1] The judgment is VACATED and the case is REMANDED for further proceedings. We neither make nor intimate any opinion as to which of Freeman's claims have been exhausted.

Freeman seeks to challenge this court's refusal to grant him Certificates of Appealability as to other issues, but we do not consider these claims, as he allowed the time within which he could make such challenges to lapse.[2]

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See Rhines v. Weber, 544 U.S. 269, 278, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005).

2. See 5TH CIR. R. 27.2; FED. R.APP. P. 40(a)(1).